MORIZ OESTERREICHER, Respondent, *v.* JACQUES OESTERREICHER, Appellant.

Submitted November 23, 1942; decided December 10, 1942.

*Edward J. Leon* and *Harold Weill* for motion.

*Edgar J. Bernheimer* and *Sydney J. Schwartz* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground the order does not finally determine the action within the meaning of the Constitution.